# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 5:18–po–60033 |
| | § | |
| Manjinder Singh | § | |

## ORDER FINDING PROBABLE CASE

    I find that the complaint and/or affidavit(s) filed with the complaint, attested under oath, establish probable cause to believe that an offense against the laws of the United States has been committed and that the defendant committed it.

    The defendant therefore may be further detained pending presentment for an initial appearance before United States Magistrate Judge Diana Song Quiroga on May 18, 2018, at 02:01 PM.

    IT IS SO ORDERED

    SIGNED May 18, 2018.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE