# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 5:18−po−60033

Manjinder Singh

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Diana Song Quiroga

**PLACE:**
Courtroom 2B
United States District Court
1300 Victoria St
Laredo, TX

**DATE:** 5/22/2018

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance

Date:   May 21, 2018

David J. Bradley, Clerk