**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 5:18–po–60033 |
| | § | |
| Manjinder Singh | § | |

## ORDER APPOINTING COUNSEL

Because the Defendant, Manjinder Singh, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

**Attorney appointed: Adrian Chapa**

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on May 22, 2018.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE