# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **Manjinder SINGH** | ) | Case No. |
| **Tandaura, PUNJAB** | ) | |
| **India** | ) | L-18-PO60033 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## Amended CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____May 13, 2018 ACP_____ in the county of _____Webb_____ in the
_____Southern_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1325(a)(1) | an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by an immigration officer. |

This criminal complaint is based on these facts:

Furthermore, it is based on verbal statements by, Manjinder SINGH, who admitted being a citizen of India, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on May 13, 2018.

☐ Continued on the attached sheet.

/S/ _____
*Complainant's signature*

Juan Cortinas, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 18, 2018

_____
*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*